IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00176-CV

 

Mohammad A. Hashmi,

                                                                      Appellant

 v.

 

Palm Gardens Homeowners 

Association, Inc.; Carl DeBarbieris

Owner of and d/b/a Genesis Property

Management and Genesis Community

Management, Inc.,

                                                                      Appellees

 

 

 



From the 11th District Court

Harris County, Texas

Trial Court # 03-34630

 



MEMORANDUM OPINION



 

          Mohammed Hashmi appealed from an order
dismissing his trial court claims with prejudice.  On July 20, 2005, we
dismissed Hashmi’s indigency appeal for want of prosecution.  On August 31,
2005, we ordered Hashmi’s untimely indigence appeal brief stricken and denied
his motion for rehearing.  Our order advised Hashmi that his $125 filing fee
and the filing fees for nine motions (totaling $90) were due within ten days,
and if payment was not timely made, we may dismiss Hashmi’s appeal on the
merits.  We also noted that the appellate record for his appeal on the merits
was due on August 19, 2005 and required payment to the court reporter and the
district clerk.

We have not received the appellate record or
notification that Hashmi has made arrangement for its payment.  Nor have we
received payment of the filing fees.  Accordingly, the appeal on the merits is
dismissed.  Tex. R. App. P.
42.3(c).  Hashmi’s pending “Motion to Show Cause” is dismissed as moot.

Absent a specific exemption, the Clerk of the
Court must collect filing fees at the time a document is presented for filing. 
Tex. R. App. P. 12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees (July 21, 1998); see
also Tex. R. App. P. 5; 10th Tex. App. (Waco) Loc. R. 6; Tex. Gov’t Code Ann. §§ 51.207(b),
51.901 (Vernon Supp. 2005).  Under these circumstances, we suspend the rule and
order the Clerk to write off all unpaid filing fees in this case.  Tex. R. App. P. 2.

          

PER CURIAM

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal
dismissed

Opinion
delivered and filed September 21, 2005

[CV06]